UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-CR-120(ADM/KMM)

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.                                    MOTION TO WITHDRAW AS
                                        COUNSEL OF RECORD

DWIGHT FREDERICK BARNES,

        DEFENDANT.

Attorney for Defendant Dwight Frederick Barnes, Matthew J. Mankey, hereby respectfully moves the Court to allow counsel to withdraw from this matter. There has been an irretrievable breakdown of the attorney-client relationship. Specifically, I have elicited the assistance of attorney Steven Wright and Private Investigator Julie Davison to help me with this case. Mr. Barnes has reviewed his discovery for the last 10 months and has formulated definitive views on how he thinks his case should be defended.

On Sunday September 2, 2018, my defense team and I visited Mr. Barnes and gave him a memorandum in support of the suppression of evidence that was written by Mr. Wright. It was well-reasoned and thorough. After reviewing the document Mr. Barnes called me and asked if I thought the memorandum was persuasive and well written. When I replied in the affirmative Mr. Barnes asked me to make the motion to withdraw.

Mr. Barnes' motions are due September 20, 2018.

2

                                                    Respectfully submitted,

Dated: September 5, 2018                  _s/ Matthew J. Mankey_____

                                                    Matthew J. Mankey
                                                    Attorney for Defendant
                                                    Attorney ID No. 230303
                                                    5500 Wayzata Blvd, Suite 1025
                                                    Golden Valley, MN 55416
                                                    763-560-4388