# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## MOTION HEARING MINUTES

United States of America,

          Plaintiff,

  v.

Dwight Frederick Barnes,

          Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE:  Kate Menendez, 8E MPLS
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 18-cr-120-ADM-KMM |
| Date: | 9/12/18 |
| Court Reporter: | N/A |
| Courthouse: | Minneapolis |
| Courtroom: | 8E |
| Time Commenced: | 9:37 a.m. |
| Time Concluded: | 10:05 a.m. |
| **Sealed Hrg Time:** | **9:39 a.m. – 10:05 a.m.** |
| Time in Court: | 28 Minutes |

APPEARANCES:

Plaintiff:    Nathan H. Nelson, Assistant U.S. Attorney
Defendant:  Matthew J. Mankey  ☐FPD  X CJA  ☐ Retained  ☐ Appointed

Interpreter / Language:   n/a

PROCEEDING:
Hearing held on Matthew Mankey's Motion to Withdraw as Counsel of Record (ECF No. 30).

Motion taken Under Advisement.

*s/Kathy Thobe*
Judicial Assistant/Courtroom Deputy