UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,     Criminal No. 18-cr-120-ADM-KMM

    Plaintiff,

v.     <u>ORDER</u>

DWIGHT FREDERICK BARNES,

    Defendant.

This matter is before the Court upon current counsel's motion to withdraw based on the Defendant's request. (ECF No. 30).

IT IS HEREBY ORDERED that current counsel Matthew J. Mankey's motion to withdraw (ECF No. 30) is GRANTED.

IT IS FURTHER ORDERED that as defendant had previously been determined to qualify for the appointment of court-appointed counsel and an attorney from the CJA Panel had been appointed to represent defendant (ECF No. 8), an attorney from the CJA panel shall be appointed to undertake the representation of defendant.

Date: September 20, 2018     *s/Katherine Menendez*
    Katherine Menendez
    United States Magistrate Judge