UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-CR-120 (ADM/KMM)

_____

UNITED STATES OF AMERICA,

          Plaintiff,

**MOTION FOR DISCLOSURE OF EXPERT WITNESS TESTIMONY**

v.

DWIGHT FREDERICK BARNES,

          Defendant.

_____

The defendant, Dwight Frederick Barnes, by and through his attorney, Andrew S. Garvis, moves the Court for an Order pursuant to Fed.R.Crim.P. 16(a)(1)(D) and 16(a)(1)(E), for the Government to disclose to the defendant and his attorney a written summary of any testimony the Government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial.

This motion is based upon all files, records and proceedings herein.

Dated: November 15, 2018        Respectfully submitted,

                                            s/ Andrew S. Garvis
                                           Koch & Garvis, LLC
                                           Andrew S. Garvis #257989
                                           3109 Hennepin Avenue South
                                           Minneapolis, MN 55408
                                           (612) 827-8101
                                           andrew@uptownlawyer.com