UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-CR-120 (ADM/KMM)

_____

UNITED STATES OF AMERICA,

                Plaintiff,

vs.                              **MOTION TO FILE LATER MOTIONS FOR GOOD CAUSE**

DWIGHT FREDERICK BARNES,

                Defendant.

_____

The defendant moves this Court for an Order allowing him to file later motions concerning issues which arise or are revealed through the discovery process upon a showing of good cause.

Specifically, Counsel will be given access to electronic data after the date of the filing for Motions hearing and if in review of that data additional issues arise requiring additional motion filing Defendant requests leave to file additional Motions.

This motion is based upon all files, records and proceedings herein.

Dated: November 15, 2018           Respectfully submitted,

                                            s/ *Andrew S. Garvis*
                                            Andrew S. Garvis, Att'y #257989
                                            Koch and Garvis, LLC
                                            3109 Hennepin Avenue South
                                            Minneapolis, MN 55408
                                            612-827-8101
                                            andrew@uptownlawyer.com