UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-CR-120 (ADM/KMM)

_____

UNITED STATES OF AMERICA,

                PLAINTIFF,

vs.

DWIGHT FREDERICK BARNES,

                DEFENDANT.

**DEFENDANT'S PRETRIAL MOTION FOR PRODUCTION OF GRAND JURY TRANSCRIPTS**

_____

Defendant, by and through his attorney, Andrew Garvis, moves this Court for an Order, pursuant to Rule 12(i) and 26.2 of the Federal Rules of Criminal Procedure, for production of Grand Jury Transcripts for those witnesses the government intends to call at the motion hearing and/or trial for testimony in this case.

The defendant is entitled to the transcripts after direct examination but prior to cross-examination. However, should the government produce them at this point, the defense may request, under Rule 26.2(d), a recess for examination and preparation of the statement prior to cross-examination. Thus, to save the Court time, the defendant requests the transcripts in advance of taking testimony.

This motion is based upon all files, records and proceedings herein.

Dated: November 15, 2018    Respectfully submitted,

<u>s/ *Andrew S. Garvis*</u>
Andrew S. Garvis, Att'y #257989
Koch and Garvis, LLC
3109 Hennepin Avenue South
Minneapolis, MN 55408
612-827-8101
andrew@uptownlawyer.com