UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 0:18-cr-120-ADM-KMM-1 |
| Plaintiff, | **ORDER** |
| v. | |
| Dwight Frederick Barnes | |
| Defendant. | |

Mr. Barnes's Motion to disclose the identity of the government's informant (ECF No. 42) is DENIED WITHOUT PREJUDICE.[1] A defendant seeking the disclosure of the identity of the government's informant must show that such disclosure is "material to the outcome of his case." United States v. Gonzalez-Rodriguez, 239 F.3d 948, 951 (8th Cir. 2001). Mr. Barnes has not met this high burden here.

Date: May 17, 2019                         *s/Katherine Menendez*
                                            Katherine Menendez
                                            United States Magistrate Judge

---

[1] The Court granted Mr. Barnes's motion in part on December 6, 2018 as part of its order addressing his other non-suppression motions. (ECF No. 56.) In that Order, the Court permitted Mr. Barnes to address arguments regarding whether he is entitled to the disclosure of the identity of the confidential informants regardless of whether they are called at trial. However, Mr. Barnes has not made any additional arguments regarding this motion.