FIRST-CLASS MA
$00.50
ZIP 55802
041L11237212
neopost
03/18/2020
US POSTAGE

RECEIVED BY MAIL
APR 06 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

ST PAUL MN 550
19 MAR '20
PM 2 L

N125

Dwight Frederick Barnes
Sherburne County Jail
13880 Business Center Dr NW
Elk River, MN 55330-1692

55330-460745

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
417 FEDERAL BUILDING
515 W. FIRST STREET
DULUTH, MINNESOTA 55802-1397

OFFICIAL BUSINESS

SCANNED
APR 06 2020 nch
U.S. DISTRICT COURT ST. PAUL