# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
### SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:  18-cr-120 (1) (NEB/KMM) |
|  | Date:  July 20, 2020 |
|  | Courthouse:  St. Paul |
|  | Courtroom:  3A |
| Dwight Frederick Barnes (1), | Court Reporter:  Erin Drost |
|  | Time Commenced:  10:30 a.m. |
|  | Time Concluded:  12:15 p.m. |
|  | Time in Court:  1 hour and 45 minutes |
| Defendant. | |

Before Nancy E. Brasel, United States District Judge, at Courtroom 3A, St. Paul, Minnesota.
APPEARANCES:

    For Plaintiff:    LeeAnn Bell, Assistant U.S. Attorney
    For Defendant:    Pro Se Party
                         Robert Lengeling, Stand-by Counsel

☒ **Sentencing.**
☒ **Objections to PSR reviewed on the record.**
☒ **Defendant's Motion for Release from custody was moved, argued and denied.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 1rs | X | 262 months to be served consecutively to the sentence in criminal case USA v. Dwight Frederick Barnes 12-cr-269 (1) (JNE/SER). | 10 years. |

☒ Special conditions of: **See J&C for special condition.**
    ☒ Special assessment in the amount of $100.00 to be paid.
    ☒ All restricted and sealed documents shall remain under seal or restricted unless otherwise ordered by the Court.
    ☒ Defendant is remanded to the custody of the USM.

Date: July 20, 2020

                                                                                                        s/KW
                                                                              Courtroom Deputy to Judge Nancy E. Brasel